[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 7, 2009
THOMAS K. KAHN
CLERK

No. 08-16239
Non-Argument Calendar
_____

Tax Court Docket No. 14950-06L

TRISTINA ELMES,

Petitioner-Appellant,

versus

COMMISSIONER OF INTERNAL
REVENUE SERVICE,

Respondent-Appellee.

_____

Appeal from a Decision of the
United States Tax Court

_____

**(April 7, 2009)**

Before BIRCH, HULL and HILL, Circuit Judges.

PER CURIAM:

This is an appeal from a decision by the Tax Court granting the Commissioner of Internal Revenue's motion for sanctions authorized under I.R.C. § 6673(a)(1)(B), against the taxpayer, Tristina Elmes, for taking a tax position that was "frivolous and groundless." In similar fashion, she has brought this appeal.

The Tax Court set the sanction amount at $2,500.00. The statute allows a maximum penalty of $25,000.00. I.R.C. § 6673.

We have reviewed the record in this case, the briefs, and the arguments of counsel contained therein. Finding no error, we affirm the judgment of the Tax Court.

AFFIRMED.